UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM DEAN HAWTHORNE,

        Petitioner,

    v.

STATE OF WASHINGTON,

        Respondent.

Case No. C19-656-RSM

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    This action is DISMISSED with prejudice.

    (3)    A certificate of appealability is DENIED as to all grounds for relief. *See* 28 U.S.C. § 2253.

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

Dated this 6 day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2